UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ZYAIRE DONTAEVIOUS ZAMARION WILKINS,<br>Defendant. | NO. CR26-218 TL<br><br>FELONY INFORMATION |

The United States charges that:

**COUNT 1**

**(Obtaining Information by Computer for Private Financial Gain)**

Between on or about November 9, 2024, and on or about February 4, 2026, in King County, within the Western District of Washington, and elsewhere, ZYAIRE DONTAEVIOUS ZAMARION WILKINS intentionally accessed, and aided and abetted in accessing, a computer without authorization, and thereby obtained information from a protected computer, and the offense was committed for purposes of commercial advantage and private financial gain.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(i) and 2.

**FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, ZYAIRE DONTAEVIOUS ZAMARION WILKINS shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i)(1)(B), any property constituting, or derived from, proceeds Defendant obtained, directly or indirectly, as a result of the offense, and, pursuant to Title 18, United States Code, Section 1030(i)(1)(A), any personal property that was used or intended to be used to commit or to facilitate the commission of the offense. Such property includes, but is not limited to, a judgment for a sum of money representing the amount of proceeds Defendant obtained as a result of the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty,

///

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 9th day of November, 2026.

s/ Sarah Y. Vogel
SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

for
ANDREW C. FRIEDMAN
Assistant United States Attorney

JIN U. KIM
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970